Carr, Judge,
dissenting.
{¶ 20} I respectfully dissent. “ ‘When a trial court enters a judgment in a declaratory judgment action, the order must declare all of the parties’ rights and obligations in order to constitute a final, appealable order.’ ” No-Burn, Inc. v. Murati, 9th Dist. No. 24577, 2009-Ohio-6951, 2009 WL 5174077, at ¶ 11, quoting Dutch Maid Logistics, Inc. v. Acuity, 8th Dist. No. 86600, 2006-Ohio-1077, 2006 WL 562168, at ¶ 10. Because the trial court’s judgment did not declare all parties’ rights, there is no final, appealable order, and this court lacks jurisdiction to consider the merits of the appeal.